IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ORIGINAL

$50
FEE PAID
#118479S
FEE NOT PAID
(D LETTER)

Kop-Flex, Inc.
_____
         Plaintiff(s)

vs.

Beazer East, Inc.
_____
        Defendant(s)

                    *
                    *
                    *  Case No.: _____
                    *
                    *
                    *
                    *
                  ******

MJG 02 CV 1333

## MOTION FOR ADMISSION *PRO HAC VICE*

I, ___Denise Esposito___, am a member in good standing of the bar of this Court. My bar number is ___13642___. I am moving the admission of

___Thomas Julian Page___ to appear *pro hac vice* in this case as

counsel for ___Plaintiff Kop-Flex, Inc.___.

We certify that:

1.   The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York State | 02/26/02 |
| U.S. Court of Appeals, 11th Circuit | 03/11/02 |
|  |  |
|  |  |
|  |  |

2.   During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court ___0___ times.

3.   The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                            Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

Denise Esposito
Printed Name

Wilmer, Cutler & Pickering
Firm

2445 M Street, N.W.
Washington, D.C.  20037
Address

(202) 663-6000
Telephone Number

(202) 663-6363
Fax Number

PROPOSED ADMITTEE

_____
Signature

Thomas Julian Page
Printed Name

Wilmer, Cutler & Pickering
Firm

2445 M Street, N.W.
Washington, D.C.  20037
Address

(202) 663-6000
Telephone Number

(202) 663-6363
Fax Number

Prid_____
Plid_____

*****************************************************************

## ORDER

☒ GRANTED          ☐ DENIED

_____          _____
Date                                United States District Judge