IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| KOP-FLEX, INC. | * |
| Plaintiff | * Case No: MJG 02-1333 |
| v. | * |
| BEAZER EAST, INC., f/k/a KOPPERS COMPANY, INC. | * |
| | * |
| Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Consent Motion filed by Beazer East, Inc., f/k/a Koppers Company, Inc. it is, this _29th_ day of _August_, 2002 by the United States District Court for the District of Maryland:

ORDERED that the aforegoing Motion be, and the same hereby is, granted and that the Defendant shall have to and including September 27, 2002 to respond to the Plaintiff's Complaint.

_____
Marvin J. Garbis
United States District Judge

247898

