IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

$50 - FEE PAID
# 188595
FEE NOT PAID
(SEND LETTER)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 SEP 17  A 10: 49

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

| | | |
|---|---|---|
| KOP-FLEX, INC., | * | |
| Plaintiff(s) | * | Case No. MJG 02 CV 1333 |
| vs. | * | |
| BEAZER EAST, INC., f/k/a KOPPERS COMPANY, INC., | * | |
| Defendant(s) | * | |

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __J. Paul Mullen__, am a member in good standing of the bar of this Court. My bar number is __00096__. I am moving the admission of __Kevin L. Barley__ to appear *pro hac vice* in this case as counsel for __Beazer East, Inc.__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Pennsylvania Supreme Court | October 31, 2000 |
| | |
| | |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT
_____
Signature

J. Paul Mullen
Printed Name

Lord & Whip, P.A.
Firm

800 One Center Plaza,
120 W. Fayette Street
Address    Baltimore, MD 21201

410-539-5881
Telephone Number

410-685-6726
Fax Number

PROPOSED ADMITTEE
_____
Signature

Kevin L. Barley
Printed Name

Babst, Calland, Clements & Zomnir, P.C.
Firm

Two Gateway Center, 8th Floor
Address    Pittsburg, PA   15222

412-394-6535
Telephone Number

412-394-6576
Fax Number

******************************************************************

## ORDER

☒ GRANTED         ☐ DENIED    Felicia C. Cannon

9-20-02                       By _____
Date                          Clerk, United States District Court

## CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on this 17th day of September, 2002, a copy of the foregoing Motion for Admission *Pro Hac Vice*, was mailed first class U.S. Mail, postage prepaid to: Denise Esposito, Esquire, Daniel H. Squire, Esquire, Thomas Julian Page, Esquire, Wilmer, Cutler & Pickering, 2445 M Street, N.W., Washington, DC 20037, Attorneys for Plaintiff and to Kenneth K. Kilbert, Esquire, Kevin L. Barley, Esquire, Babst, Calland, Clements and Zomnir, Two Gateway Center, Pittsburgh, Pennsylvania 15222, Attorneys for Defendant.

J. Paul Mullen

248957