IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| KOP-FLEX, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. MJG-02-1333 |
| ) | |
| BEAZER EAST, INC., f/k/a ) | |
| KOPPERS COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## AMENDMENT TO SETTLEMENT ORDER

This Court has been informed that the parties have been negotiating in good faith the terms of a settlement agreement to resolve this action in accordance with the Court's Settlement Order dated November 27, 2002, and that they require up to an additional 30 days to consummate a settlement. Accordingly, for these reasons and for other good cause shown it is ORDERED that:

The November 27, 2002 Settlement Order is amended to provide that the time in which a party may move for good cause to open this action if settlement is not consummated is extended through February 25, 2003. The remainder of the November 27, 2002 Settlement Order remains unchanged.

IT IS FURTHER ORDERED that:

The Clerk of the Court shall mail copies of this Order to counsel of record.

Date: 1/27/03

MARVIN J. GARBIS
UNITED STATES DISTRICT JUDGE